UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RAYMOND A. WELCH,**

    **Plaintiff,**        :

v.                           **Case No. 2:20-cv-1795**
                              **Judge Sarah D. Morrison**
**COMMISSIONER OF**        **Chief Magistrate Judge Elizabeth**
**SOCIAL SECURITY,**       :  **P. Deavers**

    **Defendant.**

## ORDER

This matter is before the Court on the May 11, 2021 Report and Recommendation issued by the Magistrate Judge. (ECF No. 19.) The time for filing objections has passed, and no objections have been filed. Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Report and Recommendation. For the reasons set forth therein, the decision of the Commissioner is **REVERSED** and this action is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio.

    **IT IS SO ORDERED.**

                                  /s/ Sarah D. Morrison
                                  **SARAH D. MORRISON**
                                  **UNITED STATES DISTRICT JUDGE**